THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM C. PRIME, Appellant.

(Argued October 6, 1936; decided October 20, 1936.)

*Francis J. Duffy* for appellant.

*Walter A. Ferris, District Attorney (William F. Horan* of counsel), for respondent.

Judgment affirmed, no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.